

## NUMBER 13-13-00021-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

---

THE STATE OF TEXAS,                                                        Appellant,

v.

ALONZO GONZALEZ,                                                          Appellee.

---

### On appeal from the 275th District Court
### of Hidalgo County, Texas.

---

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Benavides, and Longoria
### Memorandum Opinion Per Curiam

Appellant, the State of Texas, by and through its Criminal District Attorney, the Honorable Rene Guerra, has filed a motion for dismissal of its appeal pursuant to Rule 42.2 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). No decision of this Court having been delivered to date, we GRANT the motion and DISMISS the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing

will be entertained, and our mandate will issue forthwith.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
4th day of April, 2013.